AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

E.M.

V.

Town Sports International, Inc.
and TSI Wellesley, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:  1:05-cv-10611-GAO

TO: (Name and address of Defendant)

TSI Wellesley, Inc
140 Great Plain Ave.
Wellsley, MA 02181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jane K. Alper
Disability Law Center
11 Beacon Street, Suite 925
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   MAR 29 2005

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 30, 2005 AT 2:30 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO KEITH ZOLTANICK, GENERAL MANAGER, AND AGENT IN CHARGE OF THE BUSINESS WHO WAS AUTHORIZED TO ACCEPT SERVICE. SAID SERVICE WAS MADE AT TSI WELLESLEY, INC., 140 GREAT PLAIN AVENUE, WELLESLEY, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25.00 | $25.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/2005  _____
              Date      Signature of Server

DAVID G. BEDUGNIS, SR., CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

[handwritten notes: TSI Wellesley, Inc. / 140 Great Plain Ave, Wellesley / Boston Sports Club / Keith Zoltanick / General Manager / 3/30/2005 2:30 pm]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.