# UNITED STATES DISTRICT COURT

District of  Massachusetts

E.M.

V.

Town Sports International, Inc.
and TSI Wellesley, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 10611 GAO

TO: (Name and address of Defendant)

Town Sports International, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jane K. Alper
Disability Law Center
11 Beacon Street, Suite 925
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                           MAR 29 2005

CLERK                                        DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 31, 2005 AT 2:15 P.M. |
| NAME OF SERVER *(PRINT)* <br> BARBARA L. BEDUGNIS | TITLE <br> CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO C.T. CORPORATION SYSTEM, IT'S RESIDENT AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO ALISON LIBERTO, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 31, 2005              *Signature of Server* Barbara L. Bedugnis

BARBARA L. BEDUGNIS, CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

[handwritten margin notes: "TOWN SPORTS INTERNATIONAL, INC. c/o CT CORP SYSTEM, 101 FEDERAL... 3/31/05"]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.