UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR MEDLEY, by her mother and
next friend, KAY THOMPSON,
    Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, INC.
and TSI WELLESLEY, INC.,
    Defendants.

Civil Action No. 05-10611 GAO

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time in which they may respond to Plaintiff Eleanor Medley's Complaint by thirty days, from April 19, 2005 through May 19, 2005. Plaintiffs consent to the request for a 30-day extension. In support of this motion, the Defendants state the following:

1. Plaintiff Medley filed his Complaint in United States District Court District of Massachusetts on March 29, 2005. The Complaint was served on Defendants Town Sports International, Inc., and TSI Wellesley, Inc. on March 30, 2005 and an amended complaint was received on April 5, 2005. Defendants' response to the Complaint and Jury Demand is presently due on April 19, 2005. Defendants request an extension of thirty (30) days in order to ensure that it provides a full and adequate response to Ms. Medley's claims. This is the first requested extension by Defendants.

2. Plaintiff's counsel consents to a 30-day extension. No prejudice will be caused to either party and such extension will not delay trial since no trial has been set.

WHEREFORE, Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff Eleanor Medley's Complaint up to and including May 19, 2005.

RESPECTFULLY SUBMITTED:
TOWN SPORTS INTERNATIONAL, INC.
and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni Sankaran, hereby certify that counsel for defendants attempted in good faith to resolve the issues regarding this motion and the plaintiff does not oppose this motion.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

## CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on the April 18, 2005, I served a copy of the foregoing by first class mail, postage prepaid upon:

Jane K. Alper, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

2