UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>    Defendants. | Civil Action No.  05-10611 GAO |

## ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which they may respond to Plaintiff's Complaint from May 19, 2005 up to and including Friday May 27, 2005. Plaintiff assents to this request. In support of this motion, the Defendants state that the parties are in settlement negotiations and are attempting to resolve the matter but need additional time.

WHEREFORE, Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff Eleanor Medley's Complaint up to and including May 27, 2005.

**RESPECTFULLY SUBMITTED:**
TOWN SPORTS INTERNATIONAL, INC.
and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni Sankaran, hereby certify that counsel for defendants attempted in good faith to resolve the issues regarding this motion and the plaintiffs assent to this motion.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

## CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on the May 19, 2005, I served a copy of the foregoing by first class mail, postage prepaid upon:

Jane K. Alper, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran