UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.M., by her mother and next friend,<br>KAY THOMPSON,<br>                       Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL,<br>INC. and TSI WELLESLEY, INC.,<br>                       Defendants. | Civil Action No. 05-10611-GAO |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned hereby enters her appearance as counsel to the Plaintiff in the above-captioned action.

Respectfully submitted,

/s/ Pamela J. Coveney
Pamela J. Coveney BBO #102780
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455 ext. 134

May 20, 2005

Certificate of Service

I, Pamela J. Coveney, hereby certify that on May 20, 2005 I served the foregoing pleading upon the Defendants by sending a copy thereof, postage prepaid, to their counsel of record.

/s/ Pamela J. Coveney
Pamela J. Coveney