UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.M., by her mother and next friend, )<br>KAY THOMPSON, )<br>                 Plaintiff, )<br>                 )<br>v. )<br>                 )<br>TOWN SPORTS INTERNATIONAL, )<br>INC. and TSI WELLESLEY, INC., )<br>               Defendants. ) | CIVIL ACTION NO. 05-10611-GAO |

NOTICE OF WITHDRAWAL

The undersigned attorney hereby withdraws as counsel for the Plaintiff in the above-captioned case.

                                                    /s/ Jane K. Alper
                                                    Jane K. Alper BBO #016140
                                                    Disability Law Center, Inc.
                                                    11 Beacon Street, Suite 925
                                                    Boston, MA 02108
                                                    (617) 723-8455 Ext. 135

May 20, 2005

Certificate of Service

I, Jane K. Alper, hereby certify that on May 20, 2005 I served the foregoing pleading upon the Defendants by sending a copy thereof, postage prepaid, to their counsel of record.

                                                    /s/ Jane K. Alper
                                                    Jane K. Alper