UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EM, by her mother and next friend, KAY
THOMPSON,
   Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, INC.
and TSI WELLESLEY, INC.,
   Defendants.

Civil Action No.  05-10611 GAO

## ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which they may respond to Plaintiff's Complaint from May 27, 2005 up to and including Friday, June 24, 2005. In support of this motion, the Defendants state that the parties are in settlement negotiations, are in the process of exchanging drafts of settlement agreements, and are attempting to resolve the matter.  The parties need additional time to complete settlement negotiations.  Furthermore, Maria Hallas, Esq., lead counsel for the defendants, is having a family emergency.  Ms. Hallas' mother is currently suffering from life threatening complications related to metastatic cholangio carcinoma and Ms. Hallas is tending to the needs of her mother.  Accordingly, Ms. Hallas needs additional time to either complete settlement negotiations, or in the event that settlement negotiations fail, transfer this case to another attorney in her firm with sufficient time to prepare defendants' response to plaintiff's complaint.  The plaintiff assents to this motion.

WHEREFORE, Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including June 24, 2005.

**RESPECTFULLY SUBMITTED:**
TOWN SPORTS INTERNATIONAL, INC.
and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

*Of Counsel*
Maria Hallas, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 533-2312
(202) 261-2668 (facsimile)

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni Sankaran, hereby certify that counsel for defendants attempted in good faith to resolve the issues regarding this motion and the plaintiffs assent to this motion.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

### CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on the May 26, 2005, I served a copy of the foregoing by first class mail, postage prepaid upon:

Pamela Coveney, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran