UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>    Defendants. | Civil Action No. 05-10611 GAO |

### JOINT MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") and Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which Defendants may answer, move plead or otherwise respond to Plaintiff's Complaint by two weeks -- from Friday July 8, 2005 up to and including Friday, July 22, 2005. In support of this motion, the Defendants state that the parties are in settlement negotiations, are in the process of exchanging drafts of settlement agreements, and are attempting to resolve the matter.

2

WHEREFORE, Plaintiff, EM, by her mother and next friend Kay Thompson, and Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including July 22, 2005.

Respectfully submitted:

| | |
|---|---|
| **RESPECTFULLY SUBMITTED:** | **RESPECTFULLY SUBMITTED:** |
| E.M., by her mother and next friend, Kay Thompson, Plaintiff, | TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants, |
| By her attorneys: | By their attorneys: |
| | |
| /s/ Pamela Covney | /s/ Annapoorni R. Sankaran |
| Pamela Coveney  BBO #107280 | Annapoorni R. Sankaran, BBO #631065 |
| The Disability Law Center, Inc. | GREENBERG TRAURIG LLP |
| 11 Beacon Street, Suite 925 | One International Place, 20th Floor |
| Boston, MA  02108 | Boston, MA 02110 |
| (617) 723-8455 Ext. 134 | (617) 310-6000 |
| pcoveney@dlc-ma.org | (617) 310-6001 (facsimile) |
| | |
| | *Of Counsel* |
| | Maria Hallas, Esq. |
| | Greenberg Traurig, LLP |
| | 800 Connecticut Avenue, N.W., Suite 500 |
| | Washington, D.C. 20006 |
| | (202) 533-2312 |
| | (202) 261-2668 (facsimile) |

2