UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>    Defendants. | Civil Action No.  05-10611 GAO |

**JOINT MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") and Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which Defendants may answer, move plead or otherwise respond to Plaintiff's Complaint by three weeks, from Tuesday, November 15, 2005 up to and including Thursday, December 15, 2005.  In support of this motion, the Defendants state that the parties are in settlement negotiations, are in the process of exchanging drafts of settlement agreements, and are attempting to resolve the matter.  As no trial date has been set, the requested extension would not delay any trial.

1

WHEREFORE, Plaintiff, EM, by her mother and next friend Kay Thompson, and Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including Tuesday, December 15, 2005.

| **RESPECTFULLY SUBMITTED:** | **RESPECTFULLY SUBMITTED:** |
|---|---|
| E.M., by her mother and next friend, Kay Thompson, Plaintiff,<br>By her attorneys: | TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants,<br>By their attorneys: |
| /s/ Pamela Covney<br>Pamela Coveney  BBO #107280<br>The Disability Law Center, Inc.<br>11 Beacon Street, Suite 925<br>Boston, MA  02108<br>(617) 723-8455 Ext. 134<br>pcoveney@dlc-ma.org | /s/ Annapoorni R. Sankaran<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (facsimile)<br><br>*Of Counsel*<br>Maria Hallas, Esq.<br>Greenberg Traurig, LLP<br>800 Connecticut Avenue, N.W., Suite 500<br>Washington, D.C. 20006<br>(202) 533-2312<br>(202) 261-2668 (facsimile) |