UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>        Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>        Defendants. | Civil Action No.  05-10611 GAO |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF MARIA HALLAS AS CO-COUNSEL FOR THE DEFENDANTS, TOWN SPORTS INTERNATIONAL, INC. AND TSI WELLESLEY, INC.**

Annapoorni R. Sankaran, a member of this Court and a member of the firm of Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Maria Hallas as co-counsel for the defendants, Town Sports International, Inc., and TSI Wellesley, Inc.  In support of this Motion, attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* of Maria Hallas certifying that (1) she is a member of the Bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the Bar of any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Maria Hallas be admitted to the Bar of

this Court, *pro hac vice*, to appear as co-counsel for the defendants, Town Sports International, Inc., and TSI Wellesley, Inc.

        **RESPECTFULLY SUBMITTED:**
TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni R. Sankaran, hereby certify that counsel for the defendant conferred with counsel for the Plaintiff and she has ASSENTED to the allowance of this motion.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on the December 8, 2005, I served a copy of the foregoing by first class mail, postage prepaid upon:

Pamela Coveney, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>    Defendants. | Civil Action No. 05-10611 GAO |

**CERTIFICATE FOR ADMISSION *PRO HAC VICE* OF
MARIA HALLAS**

I, Maria Hallas, herby depose on oath and say:

1.　I am an active member of the bars of the District of Columbia, the State of Maryland, the United States District Court for the District of Columbia.

2.　I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3.　There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4.　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF DECEMBER, 2005.**

_____
Maria Hallas
District of Columbia
Bar No. 436529

GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Telephone: 202-533-2312
Facsimile: 202-261-2668