UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EM, by her mother and next friend, KAY THOMPSON,
    Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,
    Defendants.

Civil Action No. 05-10611 GAO

### ASSENTED MOTION TO MINIMALLY POSTPONE THE SCHEDULING CONFERENCE AND ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Town Sports International, Inc. and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court (1) postpone the scheduling conference, currently scheduled on January 12, 2006, by approximately one month and (2) extend the time by which Defendants may answer or otherwise respond to Plaintiff's Complaint by three weeks, from Thursday, December 15, 2005 through February 15, 2006. Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") assents to this Motion. In support of the request for postponement of the scheduling conference, the Defendants state the following:

    1.    Defendants state that both of the parties' respective "senior attorneys ultimately responsible for the case" are unavailable on January 12, 2006 and/or plan to be out of town and/or out of the country on January 12, 2006. See Court's Notice of Scheduling Conference (emphasis added). Such unavailability ranges from a few days to, in Defendants' attorneys' case, many days. These schedules are virtually impossible to change without severe and undue hardship.

1

2. Furthermore, the parties are seriously focused on settling this case and very hopeful that such a settlement soon will be achieved. Settlement papers have been exchanged and are currently being considered. Defendants state that with an interference from current holiday schedules, severe family illness, and out of town/country schedules in January, a scheduling conference on January 12 **may** fatally impede settlement discussions by forcing the parties to focus on acrimonious litigation strategy and tactics rather than allow them to spend that same time resolving this matter.

3. Defendants request a delay of the scheduling conference for one month and, since no trial date has been set, the requested delay would not impede or delay trial. Indeed it is the hope of the parties that such scheduling conference ultimately will be unnecessary due to a settlement. Accordingly such delay may ultimately save this Court time.

4. Plaintiff assents to this Motion.

WHEREFORE, Defendants request that this Court (1) grant their motion to postpone the scheduling conferences (currently set for January 12, 2006) by approximately one month and (2) extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including February 15, 2006.

**RESPECTFULLY SUBMITTED:**
TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

*Of Counsel*
Maria Hallas, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 533-2312
(202) 261-2668 (facsimile)

## RULE 7.1(A)(2) CERTIFICATE

I, Annapoorni R. Sankaran, hereby certify that counsel for the defendant conferred with counsel for the Plaintiff and she has ASSENTED to the allowance of this motion.

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran

CERTIFICATE OF SERVICE

I, Annapoorni R. Sankaran, hereby certify that on the December 12, 2005, I will serve a copy of the foregoing by first class mail, postage prepaid upon:

Pamela Coveney, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran