UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EM, by her mother and next friend, KAY THOMPSON,
    Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,
    Defendants.

Civil Action No. 05-10611 GAO

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") and Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which Defendants may answer, move plead or otherwise respond to Plaintiff's Complaint by three weeks, from Wednesday, February 15, 2006 up to and including Wednesday, March 8, 2006. Further, the parties request that the Court postpone its scheduling conference by three weeks from February 22, 2006 through March 15, 2006. In support of this motion, the parties state that they are in the process of finalizing and executing settlement documents and need additional time to complete this process. As no trial date has been set, the requested extension would not delay any trial.

WHEREFORE, Plaintiff, EM, by her mother and next friend Kay Thompson, and Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant (8) their motion and extend the time in which they may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including Wednesday, March 8, 2006, and (2) their motion to extend the Court's scheduling conference by three weeks through Wednesday March 15, 2006.

**RESPECTFULLY SUBMITTED:**
E.M., by her mother and next friend, Kay Thompson, Plaintiff,
By her attorneys:

/s/ Pamela Covney
Pamela Coveney  BBO #107280
The Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA  02108
(617) 723-8455 Ext. 134
pcoveney@dlc-ma.org

**RESPECTFULLY SUBMITTED:**
TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants,
By their attorneys:

/s/ Annapoorni R. Sankaran
Annapoorni R. Sankaran, BBO #631065
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (facsimile)

Maria Hallas, *pro hac vice*
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 533-2312
(202) 261-2668 (facsimile)