UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EM, by her mother and next friend, KAY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>    Defendants. | Civil Action No. 05-10611 GAO |

## JOINT MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") and Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which Defendants may answer, move plead or otherwise respond to Plaintiff's Complaint by nine days -- from Wednesday, March 8, 2006 through Wednesday, March 15, 2006.  In support of this motion, the parties state that they are in settlement negotiations, are finalizing a settlement agreement, and anticipate that they will shortly resolve this matter.  As no trial date has been set, the requested extension would not delay any trial.

WHEREFORE, Plaintiff, EM, by her mother and next friend Kay Thompson, and Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion to extend the time in which Defendants may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including March 15, 2006.

| **RESPECTFULLY SUBMITTED:** | **RESPECTFULLY SUBMITTED:** |
|---|---|
| E.M., by her mother and next friend, Kay Thompson, Plaintiff, By her attorneys: | TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants, By their attorneys: |
| /s/ Pamela Covney<br>Pamela Coveney  BBO #107280<br>The Disability Law Center, Inc.<br>11 Beacon Street, Suite 925<br>Boston, MA  02108<br>(617) 723-8455 Ext. 134<br>pcoveney@dlc-ma.org | /s/ Annapoorni R. Sankaran<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TAURIG LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (facsimile)<br><br>Maria Hallas, *pro hac vice*<br>Greenberg Traurig, LLP<br>800 Connecticut Avenue, N.W., Suite 500<br>Washington, D.C. 20006<br>(202) 533-2312<br>(202) 261-2668 (facsimile) |