UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EM, by her mother and next friend, KAY THOMPSON,
    Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,
    Defendants.

Civil Action No. 05-10611 GAO

**JOINT MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO DELAY SCHEDULING CONFERENCE**

Plaintiff, EM, by her mother and next friend, Kay Thompson ("Plaintiff") and Defendant Town Sports International, Inc., and Defendant TSI Wellesley, Inc. (collectively "Defendants"), hereby request that the Court extend the time by which (1) Defendants may answer, move plead or otherwise respond to Plaintiff's Complaint by nine days -- from Wednesday, March 15, 2006 through Thursday, March 23, 2006, and (2) the Court has a scheduling conference from March 23 until on or about April 2006.  In support of this motion, the parties state that they are in the process of obtaining signatures to final settlement agreements and anticipate that they will shortly notify the Court that this matter has been resolved.  As no trial date has been set, the requested extension would not delay any trial.

WHEREFORE, Plaintiff, EM, by her mother and next friend Kay Thompson, and Defendants Town Sports International, Inc., and TSI Wellesley, Inc., request that this Court grant their motion to extend the time in which (1) Defendants may file a responsive pleading or otherwise respond to Plaintiff's Complaint up to and including March 23, 2006 and (2) the scheduling conference be postponed until a date convenient for the Court in April.

1

Respectfully submitted:

| | |
|---|---|
| E.M., by her mother and next friend, Kay Thompson, Plaintiff,<br><br>By her attorney:<br><br>/s/ Pamela J. Coveney<br>Pamela J. Coveney  BBO# 102780<br>The Disability Law Center, Inc.<br>11 Beacon Street, Suite 925<br>Boston, MA  02108<br>(617) 723-8455 Ext. 134<br>pcoveney@dlc-ma.org | TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC., Defendants,<br>By their attorneys:<br><br>/s/ Annapoorni R. Sankaran<br>Annapoorni R. Sankaran, BBO #631065<br>GREENBERG TRAURIG LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000<br>(617) 310-6001 (facsimile)<br><br>*Of Counsel*<br>Maria Hallas, Esq.<br>Greenberg Traurig, LLP<br>800 Connecticut Avenue, N.W., Suite 500<br>Washington, D.C. 20006<br>(202) 533-2312<br>(202) 261-2668 (facsimile) |

March 16, 2006