IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>  Applicant for Intervention,             )<br>                                                              )<br>                                                              )<br>                                                              )<br>              v.                                             )<br>                                                              )<br>                                                              )<br>                                                              )<br>TOWN SPORTS INTERNATIONAL,  )<br>INC. and TSI WELLESLEY, INC.,       )<br>              Defendants.                              )<br>_____)  | No. 05-cv-10611-GAO<br><br>UNITED STATES' MOTION TO<br>INTERVENE AS OF RIGHT, OR,<br>ALTERNATIVELY, TO INTERVENE<br>BY PERMISSION<br>(UNOPPOSED) |

PLEASE TAKE NOTICE that the United States hereby moves this Court for leave to intervene as of right, or alternatively, to intervene by permission, pursuant to Rule 24 of the Federal Rules of Civil Procedure. As explained in the Memorandum of Points and Authorities, filed herewith, intervention of right is warranted in this case because the United States has a significant, protectable interest in the enforcement of title III, which is not adequately represented by the existing parties and which may be impaired if intervention is denied. See Fed. R. Civ. P. 24(a)(2). Alternatively, the United States moves for permissive intervention because its claims against the defendants have questions of law and fact in common with the main action, which involves the interpretation of statues that the Attorney General is entrusted by Congress to administer. See Fed. R. Civ. P. 24(b)(2). Accordingly, the United States respectfully urges the Court to grant this motion for leave to intervene in this case.

Both the plaintiff and the defendants concur as to the United States' intervention in this action.

Dated: March 15, 2006

Respectfully submitted,

ALBERTO R. GONZALES
Attorney General of the United States

MICHAEL J. SULLIVAN
United States Attorney

WAN J. KIM
Assistant Attorney General
Civil Rights Division

BARBARA HEALY SMITH
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263
barbara.h.smith@usdoj.gov

JOHN L. WODATCH, Chief
PHILIP L. BREEN, Special Legal Counsel
RENEE M. WOHLENHAUS, Deputy Chief
Disability Rights Section
Civil Rights Division

/s/ Robert J. Mather

ROBERT J. MATHER
Senior Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice - NYA
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 307-2236
robert.mather@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          /s/ Barbara Healy Smith
          Barbara Healy Smith
          Assistant United States Attorney

Date: 20 March 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| E.M., by their mother and next friend, KAY THOMPSON<br>      Plaintiff.<br>v.<br><br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 05-cv-10611-GAO<br><br>(Proposed)  ORDER |

      Having considered the United States' motion for an order permitting the United States to intervene in this action pursuant to Fed. R. Civ. P. 24(a)(2), the opposition thereto, if any, and it appearing to the Court that the intervention of the United States is appropriate under Fed. R. Civ. P. 24(a)(2) and will not unduly delay or prejudice the adjudication of the rights of the original parties to this action, it is

      ORDERED that

      1.  The United States' motion for an order permitting the United States to intervene in this action pursuant to Fed. R. Civ. P. 24(a)(2) is hereby GRANTED.

      2.  The United States shall serve a copy of the complaint on all parties on or before

      _____ ___, 2006.

Dated: _____, 2006

                                                          HONORABLE GEORGE A. O'TOOLE, JR.
                                                          United States District Judge

Copies to:

Robert J. Mather
U.S. Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue, N.W.

NYA Building
Washington, D.C. 20530
(202) 307-2236
robert.mather@usdoj.gov

Barbara Healy Smith
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263
barbara.h.smith@usdoj.gov

Attorneys for Plaintiff-Intervenor

Pamela Coveney
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455 Ext. 134
pcoveney@dlc-ma.org

Attorney for Plaintiff

Maria E. Hallas, Esq.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
HallasM@gtlaw.com

Attorney for Defendants