IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.M., by her mother and next friend, KAY THOMPSON<br>Plaintiff.<br>v.<br>TOWN SPORTS INTERNATIONAL, INC. and TSI WELLESLEY, INC.,<br>Defendants. | No. 05-cv-10611-GAO<br><br>ORDER |

Having considered the United States' motion for an order permitting the United States to intervene in this action and the opposition thereto, if any, and it appearing to the Court that the intervention of the United States is appropriate under Fed. R. Civ. P. 24(b)(2) and will not unduly delay or prejudice the adjudication of the rights of the original parties to this action, it is

ORDERED that

1. The United States' motion for an order permitting the United States to intervene in this action pursuant to Fed. R. Civ. P. 24(b)(2) is hereby GRANTED.

2. The United States shall serve a copy of the complaint on all parties forthwith.

Dated: April 10, 2006

HONORABLE GEORGE A. O'TOOLE, JR.
United States District Judge

Copies to:

Robert J. Mather
U.S. Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue, N.W.

NYA Building
Washington, D.C. 20530
(202) 307-2236
robert.mather@usdoj.gov

Barbara Healy Smith
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263
barbara.h.smith@usdoj.gov

Attorneys for Plaintiff-Intervenor

Pamela Coveney
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455 Ext. 134
pcoveney@dlc-ma.org

Attorney for Plaintiff

Maria E. Hallas, Esq.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
HallasM@gtlaw.com

Attorney for Defendants